UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENCO CONTRACTING GROUP,<br><br>                                   Plaintiff,<br><br>               -against-<br><br>KCP CONCRETE PUMPS, LTD,<br><br>                                   Defendant. | 25-CV-646 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      Defendant's request to stay the deadline to answer the Complaint is GRANTED. Defendant shall file their answer to the Complaint within two weeks after the Court issues a decision on the Motion to Dismiss at ECF No. 15.

Dated:  March 27, 2025
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge